This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ROYCE SANDS,**

   **Plaintiff-Appellant,**

v.                                                    **No. 29,837**

**DR. JENNIFER GREEN,**
**VETERINARY MEDICAL SERVICES,**
**DR. WOODSON TUCKER, and**
**ALAMOGORDO ANIMAL**
**HOSPITAL, INC.,**

   Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Royce Sands
Sacramento, NM

Pro Se Appellant

Yenson, Lynn, Allen & Wosick PC
Joseph B. Wosick
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**Bustamante, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**ROBERT E. ROBLES, Judge**